ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MANZO VALENCIA,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN,<br>Defendant. | CASE NO. 1:26-CV-02621-KES-EGC<br>**STIPULATION AND ORDER FOR THIRD EXTENSION OF CURRENT DEADLINES**<br>(Doc. 16) |

Defendants respectfully request an extension of time in which to respond to the complaint and Plaintiff stipulates this request. Plaintiff's complaint seeks relief under the Administrative Procedure Act relating to their filing of a Form I-914, Application for T Nonimmigrant Status ("Application"). Due to unusual circumstances, including the Plaintiff's filing of a complaint with the intention to file an amended complaint (relating to Petitioner's removal proceedings as stated by Plaintiff in the complaint), and then a brief period of time where the attorney-client relationship was in question, the parties have stipulated to and the Court has granted two prior extensions of time. *See* ECF ## 11; 13. The parties are presently in the meet and confer process regarding the case and Defendants' Counsel needs additional time to address the issues raised by Plaintiff with the agency. The parties will then need time to continue discussions relating to the facts and law.

Given these circumstances, the parties jointly request an extension of approximately thirty (30) days, through and including October 26, 2026, for Defendants to file a response to the First Amended

Complaint. The parties further request that all pending filing deadlines and proceedings be similarly extended.

Based on the forgoing, the new deadline for Defendants to file an answer or other response to the complaint is October 26, 2026. Any and all other deadlines and/or proceedings are similarly extended

Respectfully submitted

Dated: September 25, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: September 25, 2026

By: /s/ *Kevin M. Crabtree*
KEVIN M. CRABTREE
*(as authorized on September 25, 2026)*
Attorney for Plaintiff
JORGE MANZO VALENCIA

**ORDER**

The Court is in receipt of the parties' "Stipulation for Third Extension of Current Deadlines. (Doc. 16). For good cause shown, the stipulation is hereby GRANTED. Defendants SHALL file an answer or other response by no later than October 26, 2026.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE