ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE MANZO VALENCIA,

Plaintiff,

v.

MARKWAYNE MULLIN,

Defendant.

CASE NO. 1:26-CV-02621-KES-EGC

STIPULATION AND ORDER FOR FOURTH EXTENSION OF CURRENT DEADLINES

Doc. 18

Defendants respectfully request an extension of time in which to respond to the complaint and Plaintiff stipulates this request. Plaintiff's complaint seeks relief under the Administrative Procedure Act relating to their filing of a Form I-914, Application for T Nonimmigrant Status ("Application"). Due to unusual circumstances, including the Plaintiff's filing of a complaint with the intention to file an amended complaint (relating to Petitioner's removal proceedings as stated by Plaintiff in the complaint), a brief period of time where the attorney-client relationship was in question, and necessary consultation with the agency, the parties have stipulated to and the Court has granted three prior extensions of time. *See* ECF ## 11; 13. Since the last extension, the parties have initiated meet and confer but a brief additional extension is needed to conduct a meaningful discussion.

Given these circumstances, the parties jointly request a brief extension of fourteen (14) days, through and including November 9, 2026, for Defendants to file a response to the First Amended Complaint. The parties further request that all pending filing deadlines and proceedings be similarly

extended.

Based on the forgoing, the new deadline for Defendants to file an answer or other response to the complaint is October 26, 2026. Any and all other deadlines and/or proceedings are similarly extended

Respectfully submitted

Dated: October 26, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: October 26, 2026

By: /s/ *Kevin M. Crabtree*
KEVIN M. CRABTREE
*(as authorized on October 25, 2026)*
Attorney for Plaintiff
JORGE MANZO VALENCIA

ORDER

The Court is in receipt of the parties' "Stipulation for Fourth Extension of Current Deadlines. (Doc. 18). For good cause shown, the stipulation is hereby GRANTED. Defendants SHALL file an answer or other response by no later than November 9, 2026.

IT IS SO ORDERED.

Dated: **October 27, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE